UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANNETTA D. HODGES     CIVIL ACTION

VERSUS     NO. 14-2896

CAROLYN W. COLVIN, ACTING     SECTION "E" (2)
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana this 23rd day of March, 2016.

                                        *Susie Morgan*
                            UNITED STATES DISTRICT JUDGE